# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK D. CHAPMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | 2:19-cv-12333-TGB-DRG<br><br>Judge Terrence G. Berg<br>Magistrate Judge David R. Grand |

## INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| 1 | Excerpts from the Transcript of the February 17, 2021 Deposition of Homero Medina |
| 2 | Excerpts from the Transcript of the April 27, 2022 Deposition of Edward Stockton (filed under seal) |
| 3 | Declaration of Edward M. Stockton (June 15, 2022) (filed under seal) |
| 4 | Exhibit 20 to the August 20, 2021 Deposition of Nallaya Chinnusamy (filed under seal) |
| 5 | Supplemental Report of Edward M. Stockton (April 12, 2022) (filed under seal) |
| 6 | Excerpts from the Transcript of the June 1, 2022 Deposition of Lorin M. Hitt, Ph.D (filed under seal) |
| 7 | Excerpts from the Transcript of the October 5, 2021 Deposition of Bruce Dawson |