# EXHIBIT 1

```
                                                            Page 1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                CORPUS CHRISTI DIVISION
 3    TYLER ALLEN CLICK, ET       )
      AL.,                        )
 4       Plaintiffs,              )
                                  ) Case No. 2:18-CV-00455
 5    VS.                         )
                                  )
 6    GENERAL MOTORS LLC,,        )
         Defendant.               )
 7
 8
 9
      ****************************************************
10           ORAL AND VIDEOTAPED DEPOSITION OF
11                    HOMERO MEDINA
12                 FEBRUARY 17, 2021
13                  (REPORTED REMOTELY)
      ****************************************************
14
15
16      ORAL AND VIDEOTAPED DEPOSITION OF HOMERO MEDINA,
17    produced as a witness at the instance of the Defendant,
18    and duly sworn, was taken in the above-styled and
19    numbered cause on February, from 9:15 a.m. to
20    11:09 a.m., before Donna Wright, CSR No. 1971, in and
21    for the State of Texas, reported by machine shorthand
22    and remotely via Zoom, pursuant to the Federal Rules of
23    Civil Procedure, the 22nd Emergency Order Regarding the
24    COVID-19 State of Disaster, and any provisions stated
25    on the record or attached hereto.
```

Page 34

1  Q. Open Exhibit No. 2. Excuse me.
2  A. Bless you.
3  Q. Thank you.
4  A. Okay.
5      (Exhibit 2 marked)
6  Q. (BY MS. ROSS) So the version we got of this,
7  I can't read. And I -- my first question for you is do
8  you recognize this document?
9  A. Yes, that's the -- that's my third-party
10 insurance, the United Vision insurance that's on the
11 truck.
12 Q. Okay.
13 A. And I have -- I have actually -- I don't know
14 if I have that one, but I do have the newer one, so...
15 Q. Okay. I don't know that we need your -- this
16 is just your liability insurance that covers your
17 truck?
18 A. Yeah. That's just one of the insurances that
19 I have on the truck.
20 Q. Okay. And you said you still have at least
21 the current version of this?
22 A. Oh, yes. The truck has always been covered,
23 fully covered.
24 Q. Okay. You can close that out and open
25 Exhibit 3.

Page 35

1      (Exhibit 3 marked)
2      THE WITNESS: Okay.
3  Q. (BY MS. ROSS) And this document has a little
4  number at the bottom that says Medina 00002 through -3.
5  I'm not sure why the exhibit sticker was so tiny.
6  Perhaps the court reporter can fix that for us in the
7  final version.
8      But, again, this document seems to be a
9  photograph of the document, and it's very hard for me
10 to read. But do you know what this is?
11 A. Yes, this is the contract I signed to buy the
12 vehicle.
13 Q. Okay. And can I ask that you -- do you still
14 have this document?
15 A. I honestly do not know.
16 Q. Okay.
17 A. Because I went through a lot of stuff. Like
18 after I initially had conversations with the attorney
19 that I talked to and I sent this stuff to, so I would
20 actually have to go look for it. I'm not -- I'm not
21 for sure.
22 Q. Okay. Can I ask that you do look for it? And
23 if you find the document, please provide it to your
24 attorney so that they can scan it and send us a clearer
25 copy?

Page 36

1  A. Okay. Well, let me -- can't you guys do a
2  CamScan and scan on CamScan and come out clearer?
3  Q. I'm sorry. Can we what?
4  A. CamScan? They have different filters and it
5  should come out perfectly.
6  Q. Well, I just asked if you could work with your
7  attorney --
8  A. Okay. Okay.
9  Q. -- to find a way to get us a clearer copy --
10 A. Sorry.
11 Q. -- because we just can't read the document.
12      I think I can read enough to see the
13 signatures on the bottom of the first page. The
14 signature on the left at the bottom of the first page
15 of Exhibit 3, is that your signature?
16 A. Yes.
17 Q. Okay. You can close that.
18 A. Okay.
19 Q. And then you can just leave it in the marked
20 exhibit folder. We're going to come back to the other
21 two in a minute.
22 A. Okay.
23 Q. Okay. So I think before we took our break we
24 were talking about service and maintenance and repair
25 to your -- to your vehicle. And you said that other

Page 37

1  than the fuel pump issue there were no other repairs
2  needed to the truck and it has otherwise been perfect
3  other than that?
4  A. Yes.
5  Q. Why don't you tell me about what happened with
6  your fuel pump.
7  A. From when it went out, basically?
8  Q. When did you first have a problem with your
9  truck?
10 ==A. The first time I had a problem with my truck==
11 ==with the fuel pump was basically the last time I had a==
12 ==problem with my fuel pump. It went out all of a sudden==
13 ==with no warning.== So it just -- basically my truck just
14 turned off.
15 Q. When was that?
16 A. Excuse me?
17 Q. When was that?
18 A. Oh, my gosh. Like the exact date?
19 Q. The best you can recall.
20 A. I don't know. I can't think right now. But
21 I -- I do know that it happened when my truck was at a
22 hundred -- about 100,000 miles. So over -- over a year
23 ago, I believe.
24 Q. Was it in 2019?
25 A. I can't recall, ma'am. All I know is that --

Page 66

1  MS. RICKERT: Objection to form.
2  THE WITNESS: No. To my knowledge, it's
3  the people that bought the product and they are not
4  happy with the product.
5  Q. (BY MS. ROSS) Do you believe that everyone
6  who's purchased a GM vehicle with a 6.6 Duramax diesel
7  engine has had a fuel pump problem?
8  A. I can't -- I really can't say, because I don't
9  know. All I know is the people that I've seen and the
10  people in my experience.
11  Q. Who have you spoken with about this lawsuit?
12  A. Nobody but the people on here and the initial
13  person I talked to over the phone, and my
14  ex-girlfriend.
15  Q. And I believe I already asked you this, but
16  just in case I didn't, do you know any of the other
17  plaintiffs in this case?
18  A. No, I do not.
19  Q. You've never met them?
20  A. No, ma'am.
21  Q. You've never spoken with them?
22  A. No, ma'am.
23  Q. So unless Ms. Rickert has some questions for
24  you, I think that that's all I have for you today. I
25  would just say again on the record that I ask that you

Page 67

1  provide a copy of your purchase invoice for your
2  vehicle to your attorney so that they can scan it and
3  provide us with a legible copy.
4  A. Okay.
5  MS. RICKERT: Yes, we can do that. And I
6  don't have any questions.
7  MS. ROSS: That's all we have for you
8  today, Mr. Medina. Thank you so much for your time,
9  especially considering the weather emergency you all
10  are experiencing. I hope you stay warm and safe.
11  MR. MEDINA: Oh, no, all the shelves are
12  empty over here so I'm staying at home.
13  MS. RICKERT: Thank you, April.
14  THE VIDEOGRAPHER: We are off the record
15  at 11:09 a.m.
16  MS. ROSS: Donna, do you need any
17  information from us?
18  THE VIDEOGRAPHER: Donna, I took us off
19  the record at 11:09.
20  MS. ROSS: Thank you.
21  THE REPORTER: Bonnie, would you like the
22  electronic copy?
23  MS. RICKERT: We would like signature and
24  the transcript.
25  (Proceedings concluded at 11:09 a.m.)

Page 68

-- SIGNATURE REQUIRED --

* * * * *

Page 69

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

TYLER ALLEN CLICK, ET    )
AL.,                     )
  Plaintiffs,            )
                         ) Case No. 2:18-CV-00455
VS.                      )
                         )
GENERAL MOTORS LLC,,     )
  Defendant.             )

REPORTER'S CERTIFICATION OF THE ORAL
DEPOSITION OF HOMERO MEDINA
FEBRUARY 17, 2021
(REPORTED REMOTELY)

I, Donna Wright, a Certified Shorthand Reporter and Notary Public in and for the State of Texas, hereby certify to the following:

That the witness, HOMERO MEDINA, was remotely dulysworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition was delivered to Ms. Bonnie Rickert.

That a copy of this certificate was served on all parties and/or the witness shown herein on March 1, 2021.

I further certify that pursuant to FRCP Rule 30(3) that the signature of the deponent:
__X__ was requested by the deponent or a party

Page 70

1  before the completion of the deposition and that the
2  signature is to be before any notary public and
3  returned within 30 days from date of receipt of the
4  transcript. If returned, the attached Changes and
5  Signature Page contains any changes and the reasons
6  therefore:
7       ____ was not requested by the deponent or a
8  party before the completion of the deposition.
9       I further certify that I am neither counsel
10 for, related to, nor employed by any of the parties or
11 attorneys in the action in which this proceeding was
12 taken, and further that I am not financially or
13 otherwise interested in the outcome of the action.
14      Certified to by me on this, the 1st day of
15 March, 2021.
16
17
18  *[signature: Donna Wright]*
    _____
19  Donna Wright, CSR No. 1971
    Expiration Date: 12-31-2021
20  VERITEXT
    515 Congress Avenue
21  Suite 1700
    Austin, Texas 78701
22  Firm Registration No. 571
23
24
25

Page 71

1  Bonnie Rickert, Esquire
2  brickert@hmglawfirm.com
3          March 1, 2021
4  RE:  Click, Tyler Allen, Et Al. v. General Motors, LLC
5    2/17/2021, Homero Medina (#4426031)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-midatlantic@veritext.com
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19  If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22         Yours,
23         Veritext Legal Solutions
24
25

Page 72

1  Click, Tyler Allen, Et Al. v. General Motors, LLC
2  Homero Medina (#4426031)
3         E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Homero Medina           Date
25

Page 73

1  Click, Tyler Allen, Et Al. v. General Motors, LLC
2  Homero Medina (#4426031)
3       ACKNOWLEDGEMENT OF DEPONENT
4    I, Homero Medina, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____  _____
12 Homero Medina           Date
13 *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15       _____ DAY OF _____, 20___.
16
17
18       _____
19       NOTARY PUBLIC
20
21
22
23
24
25