# EXHIBIT 7

Page 1

1         IN THE UNITED SATES DISTRICT COURT
             FOR THE DISTRICT OF MICHIGAN
2         DOCKET NO.: 2:10-cv-12333-TBG-DRG
3  MARK D. CHAPMAN, et al.
                    Plaintiffs
4
              -against-
5
   GENERAL MOTORS, LLC
6                  Defendant
   ----------------------------------x
7
8
9
10     REMOTE VIDEOTAPED DEPOSITION OF BRUCE DAWSON
11              TUESDAY, OCTOBER 5, 2021
12                   10:01 a.m.
13
14
15         TRANSCRIPT of the stenographic notes of the
16   proceedings in the above-entitled matter as taken by
17   and before DAVID LEVY, a Certified Court Reporter and
18   Notary Public of the State of New Jersey, held
19   remotely over the Internet, on Tuesday, October 5,
20   2021, commencing approximately 10:01 in the forenoon,
21   pursuant to Notice.
22
23
24
25

Page 74

1  did a couple of auto manufacturers.  I had also
2  talked to the mechanic at the dealership and he
3  assured me that the problem was with the
4  American-made diesel fuel and it was not with the
5  pump.
6      Q.    Did you ever speak to anyone at GM
7  directly --
8      A.    No.
9      Q.    -- regarding that 2016 Sierra?
10     A.    No.
11     Q.    Did you ever speak to GM directly about
12 the fuel pump in the 2016 Sierra?
13     A.    I don't think so, not GM.  All with the
14 mechanics that was fixing them.
15     Q.    Okay.  Did you review any ads or
16 brochures about the vehicle before you purchased it?
17     A.    No.
18     Q.    Did you test-drive the 2016 Sierra prior
19 to purchase?
20     A.    I'm sure I did.
21     Q.    I believe you mentioned a mechanic at
22 the dealership.  Did you speak with anyone else about
23 the 2016 Sierra before you purchased it?
24     A.    I expressed my concerns about that pump
25 with the sales gentleman, the sales manager and the

Page 75

1  mechanic -- or the salesman and the sales manager.
2  And they all had the same line, that it's the fuel,
3  it's not the pump.
4      Q.    When you purchased the 2016 Sierra, did
5  you know anyone at the time who owned one?
6      A.    I'm not certain.
7      Q.    Okay.  What materials were provided to
8  you by the dealer regarding the 2016 Sierra?
9      A.    The owner's manual and the diesel
10 supplement manual.
11     Q.    Did you read the material?
12     A.    I didn't hear you.
13     Q.    Did you read these materials?
14     A.    No.
15     Q.    Do you still have these materials?
16     A.    No.
17     Q.    Did you review a window sticker on the
18 2016 Sierra prior to purchase?
19     A.    Yes.
20     Q.    And I believe you mentioned that you did
21 not communicate with General Motors at about the time
22 you decided to purchase the 2016 Sierra right?
23     A.    Correct.
24     Q.    And other than we just discussed, did
25 you ask any questions to the dealership about the

Page 76

1  2016 Sierra?
2      A.    I'm not clear what you mean by that.
3      Q.    That's fine.  Did you, at the time of
4  purchase, did you ask anyone at the dealership any
5  other questions about the 2016 Sierra?
6      A.    Not that I recall.
7      Q.    And when you purchased the 2016 Sierra,
8  did you plan to use it a hundred percent for your
9  business?
10     A.    Yes.
11     Q.    Did you plan to haul loads in the
12 flatbed of the truck?
13     A.    No.
14     Q.    But you did plan to use the vehicle for
15 towing?
16     A.    Correct.
17     Q.    Is that with the same boat trailer that
18 you'd used with the 2011 Sierra?
19     A.    Possibly.  I roll the trailers over just
20 like I do with trucks, so it would have been the same
21 type of trailer.
22     Q.    And what's the type of trailer
23 specifically that you use?
24     A.    Hostar hydraulic trailers.
25     Q.    And about how often do you trade these

Page 77

1  trailers out, as you put it?
2      A.    About every four years.
3      Q.    Why is that?
4      A.    They go under salt water, so they start
5  to look lousy.  I let somebody else worry about it.
6      Q.    When you purchased the 2016 Sierra, did
7  you plan to let it sit idle for long periods of time?
8      A.    No.
9      Q.    And did you ever discuss the specific
10 intended use for the 2016 Sierra with folks at the
11 dealership?
12     A.    No, I didn't have to.  They know what I
13 do.
14     Q.    When you purchased the 2016 Sierra, who
15 did you expect would primarily drive it?
16     A.    Me.
17     Q.    Any other drivers?
18     A.    That's where that Bill Haeberle came in.
19 Somewhere in there he drove that truck a couple of
20 times.
21     Q.    Now we discussed that you traded in the
22 2016 Sierra; is that right?
23     A.    Yes.
24     Q.    And at the time of trade-in, it had
25 180,000 miles approximately, does that sound right?

Page 138

```
 1   A.  I picked up sales brochure -- every one
 2  of these trucks, I'd pick up a sales brochure from
 3  Barlow and go over the specs on the truck.
 4       Q.  And did you also see Internet
 5  advertisements related to this vehicle?
 6       A.  Yes.
 7       Q.  And do you recall what those included?
 8       A.  Well, I would actually go looking on the
 9  Internet for comparisons with the Chrysler product,
10  the Ram, and the Ford and see how the torque specs
11  and the horsepower specs compared.
12       Q.  And you saw television commercials as
13  well, is that correct?
14       A.  Yes, I did.
15       Q.  Okay.  I now want to turn your attention
16  to paragraph 51.  This paragraph pertains to your
17  2016 vehicle.  And in paragraph 51 about halfway
18  down, there's a sentence that says, "As plaintiff was
19  driving his vehicle while towing his client's boat on
20  an attached trailer, a check engine appeared on his
21  dashboard and his vehicle suddenly lost power and
22  stalled.  He took the vehicle to an authorized GM
23  dealership, Jim Browne Chevrolet-Buick-GMC in Dade
24  city, Florida."
25           Do you see that, Mr. Dawson?
```

Page 139

```
 1       A.  Yes.
 2       Q.  Are there any corrections you wish to
 3  make to that statement?
 4       A.  Just the pronouns.  The vehicle was
 5  being done under my direction but the actual driver
 6  and the person doing this was Bill Haeberle.
 7       Q.  And is he also the one that took the
 8  vehicle to Jim Browne Chevrolet?
 9       A.  Yes.
10           MR. PAUL:  No further questions.
11           MS. RAPHAEL:  I have no further
12  questions for you, Mr. Dawson.  I will let you
13  hopefully enjoy the rest of your day.
14           VIDEOGRAPHER:  Counsel, if there are no
15  further stipulations or objections, I'll close out
16  the video recording for this proceeding.
17           Here ends media unit number 3.  This
18  concludes the video recorded virtual remote
19  deposition of Bruce Dawson taken by the parties on
20  Tuesday, October 5, 2021.  The time is 2:08 p.m.
21  Eastern Daylight time, and we are going off the
22  record.
23           (Time noted:  2:08 p.m.)
24
25
```

Page 140

```
 1                C E R T I F I C A T E.
 2           I, DAVID LEVY, a certified court
 3  reporter and notary public of the State of New
 4  Jersey, certify that the foregoing is a true and
 5  accurate transcript of the stenographic notes of the
 6  deposition of said witness who was first duly sworn
 7  by me, on the date and place as hereinbefore set
 8  forth.
 9           I FURTHER CERTIFY that I am neither
10  attorney, nor counsel for, nor related to or employed
11  by, any of the parties to the action in which this
12  deposition was taken, and further that I am not a
13  relative or employee of any attorney or counsel in
14  this place, nor am I financially interested in this
15  case.
16           IN WITNESS WHEREOF, I have hereunto
17   set my hand this 20th day of October 2021.
18
19
20
21       _____
22       DAVID LEVY, RPR, CRR
23       LICENSE NO. 30X100234000
24
25
```

Page 141

```
 1                J U R A T / E R R A T A
 2  I have read my testimony in the foregoing transcript
 3  and believe it to be true and correct with the
 4  following changes:
 5  PAGE  LINE     FROM            TO
 6  ___|____|_____|_____
 7  ___|____|_____|_____
 8  ___|____|_____|_____
 9  ___|____|_____|_____
10  ___|____|_____|_____
11  ___|____|_____|_____
12  ___|____|_____|_____
13  ___|____|_____|_____
14  ___|____|_____|_____
15  ___|____|_____|_____
16  ___|____|_____|_____
17  ___|____|_____|_____
18  ___|____|_____|_____
19  ___|____|_____|_____
20  _____    _____
21  WITNESS SIGNATURE                 DATE
22  Subscribed and sworn to before me
23  this ____ day of _____, 20____
24
    Notary Public of the
25  State of_____.
```

36 (Pages 138 - 141)