UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK D. CHAPMAN, ET AL.** | **2:19-CV-12333-TGB-DRG** |
| Plaintiffs, | **ORDER REGARDING SUPPLEMENTAL BRIEFING** |
| vs. | |
| **GENERAL MOTORS LLC,** | |
| Defendant. | |

At the August 5, 2022 hearing on Plaintiffs' Motion for Class Certification, the Court indicated that Plaintiffs must file on the docket no later than August 12, 2022 a supplemental brief regarding their proposed class definitions. To ensure that the submission is helpful to the Court, that instruction is clarified as follows.

Plaintiffs should define for each of their proposed classes:

1. The claims that are relevant to each class, with reference to the count number and letter designations contained in Plaintiffs' Second Amended Complaint, that remain live pursuant to the Court's Order of March 31, 2021 at ECF No. 80;

2. The state(s) covered by each class;

1

3. Any limitation(s) on the scope of each class that were discussed in the hearing on class certification or in the Plaintiffs' briefing, such as limiting a particular class to those who purchased a class vehicle from a dealership; and

4. The class representative(s) for each class.

In response to this order, Plaintiffs may submit no more than five (5) pages. If Defendants wish to file a response, they may do so in up to five (5) pages no later than August 17, 2022.

**SO ORDERED,** this 10th day of August, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge