# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **MARK D. CHAPMAN, *et al.*,** | **2:19-CV-12333-TGB-DRG** |
| Plaintiffs, | HON. TERRENCE G. BERG |
| **v.** | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |
| **GENERAL MOTORS LLC,** | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses, and Service Awards ("Motion"). The Court, having considered the Motion, and all papers filed in support thereof, and good cause appearing, hereby **GRANTS** the Motion and **ORDERS** that:

1.     Class Counsel are awarded attorneys' fees and reimbursement of litigation costs in the amount of $15,000,000.

2.     Class Representatives Mark Chapman, Kyle McDuffie, Bryan Joyce, Stacy Sizelove, Kevin Lawson, Holly Reasor, Homero Medina, Nathan Howton, Trisha Alliss, Calvin Smith, and Jacqueline Bargstedt shall each receive a service award of $5,000, to be paid by Defendant pursuant to the Settlement Agreement.

**IT IS SO ORDERED**.

DATED: May 6, 2025        /s/Terrence G. Berg
                                    TERRENCE G. BERG
                                    UNITED STATES DISTRICT JUDGE